IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICKY ARNOLD ORSO, JR., #296904, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:21-CV-267-RAH |
| ) | |
| JAMES BYRD, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On April 6, 2021, the Magistrate Judge entered a Recommendation (Doc. 4) to which no objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED with prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i).

3. Judgment is GRANTED in favor of the defendant.

A separate Final Judgment will be entered.

DONE, on this the 28th day of May, 2021.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE